## VALLEY FALLS FIRE DISTRICT
### v.
## The RHODE ISLAND STATE LABOR RELATIONS BOARD.

No. 81–354–M.P.

Supreme Court of Rhode Island.

Dec. 17, 1981.

Blais, Cunningham, Thayer, Gagnon & Ross, Matthew C. Cunningham, Pawtucket, for petitioner.

Vincent F. Kane, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.